UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| MARK A. STILL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 2:09CV00060 ERW |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge David D. Noce [doc. #17] pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections to the Report and Recommendation were filed within the time period afforded by § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation in its entirety. The Social Security Commissioner's decision will be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Mark A. Still disability insurance benefits is **AFFIRMED**, and Plaintiff Mark A. Still's Complaint [doc. #1] is **DISMISSED, with prejudice**.

Dated this 3rd Day of March, 2011.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE